AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Appellants, v. HENRY POLLAK, INC., Respondent.— Order so far as appealed from unanimously modified by denying the motion for an examination before trial of S. A. Scotti & C., of Monza, Italy, by its president Antonio Ferretti, as to all items except 1 and 2, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

AMERICAN SCOTTI CORPORATION, Plaintiff, and S. A. SCOTTI & C., OF MONZA, ITALY, Appellant, v. HENRY POLLAK, INC., Respondent.— Order granting defendant's motion to strike out the denials of plaintiff, S. A. Scotti & C., of Monza, Italy, relating to the allegations contained in paragraphs 12, 14, 16, 30, 33, 35 and 36 of defendant's answer, unanimously reversed, with ten dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

LEMMA HOLMES-SMITH and the BANKERS TRUST COMPANY, as Trustee under an Agreement between CARL HOLMES and LEMMA HOLMES, Dated the 14th Day of March, 1935, Respondents, v. CARL HOLMES, Appellant.— Order unanimously reversed, without costs of this appeal, and the motion granted, on payment by defendants of twenty-five dollars costs. Costs to be paid and amended answer served within two days after the date of decision. Amendment to be without prejudice to proceedings already had or position of case on calendar. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

(June 9, 1939.)

FRANCIS K. GUNDLACH, in His Own Behalf and on Behalf of All of the Stockholders of the CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. (CONSOLIDATED GAS COMPANY, INC.), Similarly Situated, Appellant, v. CONSOLIDATED GAS COMPANY, INC., and Others, Defendants, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint as to the third cause of action against all of the respondents within twenty days after service of a copy of the order with notice of entry thereof, upon payment of the costs awarded on this appeal. Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.

MORRIS MINOV, as Administrator, etc., of LEAH MINOFF, Deceased, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CLARKE, Appellant.— Judgment reversed and the information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; O'Malley, J., dissents and votes to affirm.